# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

United States of America,　　　　　　　　)
　　　　　　　　　　　　Plaintiff,　　　)
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　) Case No.  05-0145-01-CR-W-FJG
　　　　　　　　　　　　　　　　　　　)
Randy Collier,　　　　　　　　　　　　)
　　　　　　　　　　　　Defendant.　　)

## ORDER

Pending before the Court is the issue of defendant's mental competency. On March 25, 2005, defendant filed a motion for determination of competency (Doc. #10) which was granted by Chief Magistrate John T. Maughmer (Doc. #12, March 29, 2005). Chief Magistrate Judge Maughmer held a hearing regarding defendant's mental competency on July 14, and July 22, 2005.

Chief Magistrate Judge Maughmer issued an amended report and recommendation (Doc. #27), filed August 1, 2005, finding that defendant is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.  No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his own defense, and that he is competent to stand trial.

IT IS SO ORDERED.


　　　　　　　　　　　　　　　　　　　/s/Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　Judge Fernando J.  Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge


Dated:　　August 17, 2005
Kansas City, Missouri